crAO 91 (Rev. 11/11) Criminal Complaint

FILED
VANESSA L ARMSTRONG, CLERK
May 08 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:20MJ-45-HBB |
| **BARRET LAWRENCE** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

While in the Western District of Kentucky, the defendant violated:

| Date | Code Section | Offense Description |
|---|---|---|
| 5/21/2019 | 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(b)(1) | Attempted receipt of child pornography |
| 5/21/2019 | 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Accessing with intent to view child pornography |
| 1/18/2014 – 8/15/2014 | 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(b)(1) | Receipt of child pornography |
| 5/26/2020 | 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Possession of child pornography |

This criminal complaint is based on these facts:

X    Continued on the attached sheet

_____
Complainant's signature

Theodore R Curtis III, HSI Special Agent
Printed name and title

Sworn to/attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email, reliable electronic means

Date: _____

City and State: Bowling Green, Kentucky

_____
Judge's Signature
H. BRENT BRENNENSTUHL
United States Magistrate Judge
Printed Name and Title

RMC:JEL

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Theodore Curtis, being duly sworn, state as follows

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, and have been since November 2000. As part of my official duties as an HSI Special Agent, I investigate criminal violations relating to the sexual exploitation of children and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, et. seq. I have received training in the area of child pornography and child exploitation investigations and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)(A)), in all forms of media including computer media during law enforcement training and experiences. I have also received training and instruction in the field of investigating child pornography. I have also conducted investigation(s) pertaining to child pornography and child exploitation since June 2008. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrant and arrest warrants issued by federal and state courts.

2. The following information contained in this affidavit is based on my training and experience, my personal participation in the investigation and information provided to me by other law enforcement officials. Unless otherwise indicated, where I have referred to written or oral statements, I have summarized them in substance and in part, rather than verbatim. Not all of the facts of the investigation known to me are contained herein, only those necessary to establish probable cause for the arrest of BARRET LAWRENCE.

## PROBABLE CAUSE

3. In August 2019, a ██████ law enforcement agency known to the FBI and with a history of providing reliable, accurate information in the past, notified the FBI that ████████████████ on May 21, 2019, IP address 72.46.95.70 "was used to access online child sexual abuse and exploitation material" via a ████████████████ TARGET WEBSITE.

4. Affiant received and reviewed several files depicting child sexual abuse that were available on the TARGET WEBSITE when the user connected to IP address 72.46.95.70 accessed the site. Descriptions for a sampling of the files[1] are set out as follows:

   a. Video ████████████████ approximately 5 minutes and 52 seconds in length - The video start with a finger fondling a little girl's (approximately three to six years old) vagina. The finger is then inserted into the vagina. At approximately the 1 minutes and 32 second point of the video, the video switches to an erect adult penis being rubbed against and inserted into the child's vagina. She is lying on her back. At approximately the 1 minute 53 second point of the video, while the child is on her stomach, the adult male fondles her anus and then inserts his erect penis into her anus. At approximately the 4 minute and 35 second point of the video, the little girl is shown on her back with her legs spread exposing her vagina and an adult erect penis is being inserted into her anus.

---

[1] Still images of the files referenced in numbered paragraph 4(a) – (c) were previously shown to the reviewing Magistrate Judge during the Search Warrant request stage of the investigation.

2

    b. Video –                                         – The video is a looped/recurring video of approximately five second in length that show a child approximately five to eight years of age being anally penetrated by an adult male. At the end of the video prior to the video being looped, the child attempts to move and a second individual's hand is seen holding the child down.

    c. Image –                                     – The image is a screen shot of a video clip. The image show an extension of wmv indicating a type of video file. The image is a collage of images taken from a video. The image has 6 columns and 5 rows of images (30 images total) the images show a little girl (approximately 4 to 6 years of age). The images show several clips of a dildo being inserted into the child's anus. Five of the images show an adult male inserting his penis into the child's anus. One clip shows the child with her legs spread exposing her vagina.

5. According to publicly available information, IP address 72.46.92.70, which was used to access TARGET WEBSITE on May 21, 2019, was registered to Electric Plant Board of the city of Franklin, Kentucky.

6. A subpoena/summons was issued to Electric Plant Board of the city of Franklin, Kentucky in regard to the pertinent IP address. A review of the results obtained on November 27, 2019, identified the following account holder and address:

- Subscriber Name: Barret Lawrence
- Address: 212 Clark Street, Apartment B, Franklin, Kentucky
- Start of Service: May 6, 2019
- End of Service: June 10, 2019
- Account IP: 72.46.95.70

7. A search of a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, and other information was conducted for Barret Lawrence on March 19, 2020. These public records indicated that Lawrence's current address was 212 Clark Street, #B, Franklin, Kentucky 42134. Additionally, a check with the Commonwealth of Kentucky on or about March 20, 2020, revealed that an individual named Barret Lawrence resided at the Clark Street address in Franklin, Kentucky.

8. According to the Kentucky State Sex Offender Registry, Lawrence was convicted in Warren Circuit Court for Attempted Rape (First Degree), of a three-year-old child. He is

3

required to register as a sex offender for the remainder of his life. Courtnet lists the Warren Circuit Court case number as 99-CR-00660 with judgment entered on September 26, 2000.

9. On March 25, 2020, Affiant applied for and received a federal search warrant for Lawrence's Clark Street residence. Law enforcement officials executed the Search Warrant the next day and seized several digital devices and items capable of storing digital data. The items were submitted for forensic examination.

10. HSI Special Agent (SA) /Computer Forensic Agent (CFA) Brad Hutchinson reported that images of child pornography (as defined in 18 U.S.C. § 2256(8)(A)), were located on BARRET LAWRENCE'S computers that were seized during the search warrant. The images were found in the unallocated space of the computer of one computer and the OS recycle bin of the other computer.

11. Affiant conducted a review of an SD card that was seized during the search warrant. The review yielded images of child pornography. Descriptions for a sampling of the files are set out as follows:

   a. A little girl (approximately four to six years old), is shown standing nude with her legs spread exposing her vagina. A white rope is around her wrists. One arm is held over her head while the other arm is up at shoulder length, with the elbow bent at a 90 degree angle up;

   b. A little girl (approximately six to ten years old) is shown wearing only a shirt. She is lying on top of a table with her knees up in the air. An adult male is shown vaginally raping her;

   c. A little girl (eight to 12 years old), is nude. She is shown lying on top of a nude adult male. The man is lying on a couch. The image shows the man performing oral sex on the child and his penis in the child's mouth;

   d. A little girl (approximately four to six years old), is shown with an adult male penis in her mouth; and

    e. A little girl (approximately two to five years old), is shown lying on a towel nude with her legs spread apart. An adult's little finger is digitally penetrating the child's vagina.

12. On May 5, 2020, Affiant received information from SA/CFA Hutchison that BARRET LAWRENCE had a Firefox Bookmark titled:  Date Added – December 31, 2019, 4:01:06 PM UTC:

14. On May 7, 2020, Affiant conducted a secondary review of the SD card referenced above. During the review, Affiant observed the following files and corresponding meta data:

    a. A little girl (approximately two to five years old), is shown lying on a towel nude with her legs spread apart. An adult's little finger is digitally penetrating the child's vagina. (Referenced in numbered paragraph 11(e), above)
- Metadata:
    1. Make: Eastman Kodak Company
    2. Model: Kodak Easyshare M753 Zoom Digital Camera
    3. Capture Time: 02/03/2010 5:48:19 PM
- Device Information:
    1. Created: 02/19/2014 9:55:18 AM
    2. Accessed: 08/15/2014 12:00:00 AM
    3. Modified 02/19/2014 9:55:20 AM

    b. A little girl (approximately three to six years old), shown lying on a couch. She is nude with her legs spread apart and lifted up into the air exposing her vagina.
- Metadata:
    1. Make: Nokia
    2. Model: C5-00
    3. Capture Time: 05/10/2011 6:32:18 PM
- Device Information:
    1. Created 01/18/2014 10:58:58 PM
    2. Accessed 08/15/2014 12:00:00 AM
    3. Modified 01/18/2014 10:59:00 PM

15. Additionally, during the second review of the SD Card, Affiant discovered an image in the unallocated space. The image showed a little girl (approximately three to six years old). She is nude, lying on a mattress. A piece of clothing covers her eyes. The focal point of the image is her vagina. In the lower left-hand corner of the image is the caption: "Here is a defenseless little child, ready for torture. Hurt her, abuse her and inflict severe pain on her. She is a helpless little cunt that should be attacked and tormented every day of her life. Relish her screaming and crying and agony. work on her and work on her. keep giving her terrible pain…please, please torture this little girl to death."

## CONCLUSION

Based upon the evidence set out above, there is probable cause to believe that:

(a) On or about May 21, 2019, in the Western District of Kentucky, Simpson County, Kentucky, **BARRET LAWRENCE**, knowingly attempted to receive any material that contained child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(b)(1);

(b) On or about May 21, 2019, in the Western District of Kentucky, Simpson County, Kentucky, **BARRET LAWRENCE**, knowingly accessed, with intent to view, material that contained an image of child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2);

(c) On or about and between January 18, 2014, and August 15, 2014, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, **BARRET LAWRENCE**, knowingly received any material that contained child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(b)(1); and

(d) On or about March 26, 2020, in the Western District of Kentucky, Simpson County, Kentucky, **BARRET LAWRENCE**, knowingly possessed material that contained an image of child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

Theodore R Curtis III
HSI Special Agent

Sworn to/attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email, reliable electronic means.

Date:

H. BRENT BRENNENSTUHL
United States Magistrate Judge

RMC:JEL

7