**FILED**

Vanessa L Armstrong, Clerk

May 08 2020

U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

NO. 1:20MJ-45-HBB

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
A CRIMINAL COMPLAINT AND ARREST WARRANT
REGARDING BARRET LAWRENCE

## MOTION

Comes the United States of America, by counsel, Russell M. Coleman, United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing all affidavits, applications, orders, and material relating to the herein matter dated May 8, 2020, because the investigation is ongoing. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*Jo Lawless*

Jo E. Lawless
Assistant United States Attorney