UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | NO. 1:20MJ-45-HBB |
| BARRET LAWRENCE | DEFENDANT |

## ORDER

This matter is before the Court on motion of the United States of America for leave to file a Motion for Leave to File a Redacted Criminal Complaint Affidavit and for Protective Order under seal. **IT IS ORDERED** that the motion is **GRANTED**.

May 11, 2020

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

**ENTERED**
Vanessa L Armstrong, Clerk
May 11, 2020
U.S. District Court
Western District of Kentucky