UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | NO. 1:20MJ-45-HBB |
| BARRET LAWRENCE | DEFENDANT |

**ORDER**

This matter is before the Court on motion of the United States of America for leave to file a redacted Criminal Complaint Affidavit and for entry of a Protective Order pertaining to the unredacted Criminal Complaint Affidavit. **IT IS ORDERED** as follows:

1. The motion is **GRANTED**;

2. The proposed Redacted Criminal Complaint Affidavit shall be filed in the public record of this action; and

3. The proposed Protective Order shall be filed in the public record of this action.

**ENTERED**

Vanessa L Armstrong, Clerk

May 11, 2020

U.S. District Court
Western District of Kentucky