UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                  PLAINTIFF

vs.                                                                                    NO. 1:20MJ-45-HBB

BARRET LAWRENCE                                                        DEFENDANT

**PROTECTIVE ORDER**

This matter is before the Court on motion of the United States of America for entry of a Protective Order. The Court being otherwise sufficiently advised, **IT IS** ORDERED as follows:

1. This Protective Order governs all material and information contained in the undredacted Criminal Complaint Affidavit.

2. The United States will make available copy of the unredacted Criminal Complaint Affidavit to counsel for the defendant. Possession of the unredacted Criminal Complaint Affidavit is limited to counsel of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

3. Members of the defense team may display and review the unredacted Criminal Complaint Affidavit with the Defendant. Providing copy(ies) of the unredacted Criminal Complaint Affidavit to the Defendant and other persons is prohibited.

4. The provisions of this Order shall not terminate at the conclusion of this prosecution.

5. Any violation of any term or condition of the Proposed Order by the Defendant, the Defendant's attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Western District of Kentucky, may be sanctioned by contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

6. If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, upon conviction, or to file any criminal charges relating to the Defendant's violation.

May 11, 2020

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

> **ENTERED**
> VANESSA L ARMSTRONG, CLERK
>
> May 11, 2020
>
> U.S. DISTRICT COURT
> WESTERN DISTRICT OF KENTUCKY