**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN**

**FILED**
Vanessa L Armstrong, Clerk
**May 13, 2020**
U.S. District Court
Western District of Kentucky

**UNITED STATES OF AMERICA**

**PLAINTIFF**

CASE NO.: 1:20-mj-45

vs.

**MOTION TO SUBSTITUTE**
**COUNSEL AND ENTER APPEARANCE**

**BARRET LAWRENCE**

**DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, BARRET LAWRENCE, by counsel, and asks this Court to grant his Motion to Substitute Counsel and enter William M. Butler, Jr., Ashley Witte Dawson and Adam Boyd Bleile appearances as attorneys of record.

As grounds for this Motion, the Defendant states that he has retained William M. Butler, Jr., Ashley Witte Dawson and Adam Boyd Bleile as counsel.

Respectfully submitted,

_/s/ William M. Butler, Jr._
William M. Butler, Jr.
500 West Jefferson Street, Suite 1520
Louisville, Kentucky 40202
Tel-(502) 582-2020   Fax (502) 583-8007
Email: wmb@kycriminallawyer.com

_/s/ Adam Boyd Bleile_
ADAM BOYD BLEILE
810 Sycamore Street Floor 5
Cincinnati, Ohio 45202
Tel-(513) 564-0088  Fax (513) 263-9089
Email: adamtheattorney@yahoo.com

_/s/ Ashley Witte Dawson_
ASHLEY WITTE DAWSON
810 Sycamore Street Floor 5
Cincinnati, Ohio 45202
Tel-(513) 564-0088  Fax (513) 263-9089
Email: ashleytheattorney@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020 I emailed a copy of the foregoing to the Honorable Jo Lawless, Assistant United States Attorney at jo.lawless@usdoj.gov; to the Honorable Scott Wendelsdorf, Federal Public Defender at scott_wendelsdorf@fd.org and to Cheryl Judd, Assistant Federal at cheryl_judd@fd.org and to Kelly Lovell, Courtroom Deputy at kelly_lovell@kywd.uscourts.gov.

_____
William M. Butler, Jr.

Wm. M. Butler JR
500 W. Jefferson Str.
Suite 1520
Louisville Ky 40202
502-582-2020

FILED
VANESSA L. ARMSTRONG, CLERK
MAY 14 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk
U.S. District Ct.