UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

**UNITED STATES OF AMERICA**

                  **PLAINTIFF**

CASE NO.: 1:20-mj-45

vs.                          **ORDER**

**BARRET LAWRENCE**                    **DEFENDANT**

* * * * * * * * * *

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel IS GRANTED.

**IT IS FURTHER ORDERED** that William M. Butler, Jr., 500 West Jefferson Street, Suite 1520, Louisville, Kentucky 40202, Tel-(502) 582-2020  Fax (502) 583-8007, email: wmb@kycriminallawyer.com; Ashley Witte Dawson, 810 Sycamore Street Floor 5, Cincinnati, Ohio 45202, Tel-(513) 564-0088  Fax (513) 263-9089, email: ashleytheattorney@yahoo.com and Adam Boyd Bleile, 810 Sycamore Street Floor 5, Cincinnati, Ohio 45202, Tel-(513) 564-0088  Fax (513) 263-9089, email: adamtheattorney@yahoo.com are entered as attorneys of record.

 

                                                  _____
                                                  JUDGE BRENNENSTUHL
                                                  U.S. DISTRICT COURT

 

                                                  _____
                                                  DATE