# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **PLAINTIFF** ) | **Criminal Action No. 1:20mj-00045-HBB** |
| v. ) | H. BRENT BRENNENSTUHL, |
| ) | Magistrate Judge |
| **BARRET LAWRENCE** ) | |
| ) | |
| **DEFENDANT** ) | |
| ) | |

_____

## ORDER

This case was called in open court on May 15, 2020, before the Honorable H. Brent Brennenstuhl, United States Magistrate Judge, via video from Bowling Green, for Defendant's preliminary hearing and detention hearing. The Defendant, Barret Lawrence, was present, in custody, via video from Warren County Regional Jail, and represented by retained counsel William M. Butler, Jr., and Ashley Witte Dawson, via video. Assistant United States Attorney Jo E. Lawless was present for the United States of America, via video. These proceedings were digitally recorded.

Upon oral motion by the United States;

**IT IS ORDERED** this case shall be **UNSEALED.** The unredacted criminal complaint shall remain under seal pursuant to the Protective Order entered at DN 10.

As to the matter of preliminary hearing, counsel for Defendant advised the Defendant waives his right to a preliminary hearing.

**IT IS HEREBY ORDERED** the Defendant is held to answer further proceedings in this District pending action by the Grand Jury. Due to Covid-19, should an Indictment ensue, arraignment of the Defendant will be conducted on a date to be set by further order of the Court.

As to the matter of detention, counsel for the Defendant argued there are conditions that can be placed upon the Defendant to assure the safety of the community and his appearance at court proceedings. Counsel for the United States argued the Defendant should be detained as a danger to the community.

The Court having reviewed the Pretrial Services Report, having heard arguments of counsel and being otherwise sufficiently advised;

**IT IS THE FINDING OF THE COURT** that there are no conditions or combination of conditions to assure the safety of the community.

**IT IS ORDERED** the Defendant is remanded to the custody of the United States Marshal Service pending the trial of this action.

ENTERED this

Copies to:  Counsel of Record
            USPO
            USMS

0|34