# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

                                        CASE NO.: 1:20-mj-45

**vs.**                                                          **MOTION FOR RECONSIDERATION OF
                                                          MAGISTRATE'S DETENTION ORDER**

**BARRET LAWRENCE**                                                          **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, BARRET LAWRENCE, by counsel, and asks this Court to reconsider the Magistrate's Detention Order of May 18, 2020. Mr. Lawrence's father can serve as a third party custodian which would ensure the community's safety.

## FACTS

The Court issued an Order on May 18, 2020 after a hearing where it was found that the defense did not introduce sufficient evidence to rebut the presumption under 18 U.S.C. §3142(e)(3) that there is no condition or combination of conditions that will reasonably assure safety of the community.

The Pretrial Services Report stated that the Defendant's mother would be unsuitable as a third party custodian at her house due to her work schedule as a nurse during this Pandemic with active Wifi internet and a desktop computer. Additionally, her daughter with two children live in close proximity.

At the time of the hearing, counsel was unaware that Mr. Lawrence's father could serve as a third party custodian. His father resides in Simpson County in the Western District with his wife, Mr. Lawrence's step-mother.

His father does not have internet access in the home or a computer. His step-mother is retired and his father works only part-time so there would be supervision present. The closest neighbor is over 100 yards away in this rural area.

Respectfully submitted,

s/ WILLIAM M. BUTLER, JR.
William M. Butler, Jr.
500 West Jefferson Street, Suite 1520
Louisville, Kentucky 40202
Tel-(502) 582-2020   Fax (502) 583-8007
Email: wmb@kycriminallawyer.com


s/ ASHLEY WITTE DAWSON
Ashley Witte Dawson
Adam Boyd Bleile
810 Sycamore Street Floor 5
Cincinnati, Ohio 45202
Tel-(513) 564-0088  Fax (513) 263-9089
Email: ashleytheattorney@yahoo.com
Email: adamtheattorney@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020 I e-filed foregoing using the ECF System which will send a copy to the Honorable Jo Lawless, Assistant United States Attorney at jo.lawless@usdoj.gov.

s/ WILLIAM M. BUTLER, JR.
William M. Butler, Jr.