UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

CASE NO.: 1:20-mj-45

**vs.**                                                                  **ORDER**

**BARRET LAWRENCE**                                                      **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion to Reconsider IS GRANTED.

**IT IS FURTHER ORDERED** that the Defendant shall reside with his father as Third Party Custodian and with his step-mother.