UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA					PLAINTIFF

vs.									NO. 1:20MJ-45-HBB

BARRET LAWRENCE						DEFENDANT

- *Filed electronically* -
**MOTION TO ACCEPT LATE FILING**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to accept late filing of its response to the defendant's Motion for Reconsideration of the Detention Order (DN 17). Due to inadvertent oversight, counsel failed to file the response on its due date, June 10, 2020. It is respectfully requested that the Court accept the response one day after its due date.

Respectfully Submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5067 (fax)

Certificate of Service

I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on June 11, 2020.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney