UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                                                      NO. 1:20MJ-45-HBB

BARRET LAWRENCE                                                        DEFENDANT

## ORDER

This matter is before the Court on motion of the United States of America, by counsel, Assistant United States Attorney Jo E.  Lawless, to accept late filing of its response to the defendant's Motion for Reconsideration of the Detention Order (DN 17).  **IT IS ORDERED** that the motion is **GRANTED** and the response shall be considered timely filed.